# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand and fourteen.

_____

US Bank National Association, in its capacity as trustee
for the registered holders of LB-UBS Commercial
Mortgage Trust 2007-C2, Commercial Mortgage
Pass-Through Certificates, Series 2007-C2, acting by
and through its Special Servicer, ORIX Capital Markets,    **ORDER**
LLC, under the Pooling and Service Agreement dated as of    Docket No. 14-3155
April 11, 2007,

Plaintiff-Appellee,

v.

NNN 200 Galleria, LLC, NNN Realty Advisors, Inc.,

Defendants-Appellants.

_____

Appellant NNN 200 Galleria, LLC filed a notice of appeal on August 27, 2014. On September 15, 2014, this Court issued an order dismissing the appeal of Appellant NNN 200 Galleria, LLC, effective October 6, 2014, unless the Appellant filed Forms C and D. Appellant NNN 200 Galleria, LLC has failed to comply with the September 15, 2014. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellant NNN 200 Galleria, LLC is dismissed as a party to this appeal.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/14/2014